## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GBEKE MICHAEL AWALA,       :

     **Plaintiff,**          :

vs.                          :      **CIVIL ACTION  07-00769-KD-B**

JUDGE ADALBERTO JORDAN, *et al.*,   :

     **Defendants.**        :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 13<u>th</u> day of  March 2008.

                     /s/ Kristi K. DuBose
                     **KRISTI K. DuBOSE**
                     **UNITED STATES DISTRICT JUDGE**

---

[1]  The first page of petitioner's filing is styled a "Notice of Appeal" and refers to the Court's order of February 26, 2008.  The Court construes this document as an objection to the Report and Recommendation.  Along with the objection petitioner has attached several judicial complaint forms which have been completed as well as documents entitled "In re: Evidence of Judicial Misconduct or Disability."  After reviewing these documents the undersigned has determined that these additional documents were filed in the incorrect court.  Moreover, the first page of the judicial complaint form clearly states that the form is to be mailed to the Eleventh Circuit Court of Appeals in Atlanta.  Thus, the Court accepts only the first page of petitioner's pleading.  The remainder of the documents contained in petitioner's "Complaint of Judicial Misconduct or Disability Under Chapter 16"  are hereby **STRICKEN.**